IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH REDD,

    Petitioner,

-vs-

JAMES CROSS, JR.
*Warden*,

    Respondent.                      No. 13-cv-121-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 5, 2015 (Doc. 25), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED with prejudice.** Judgment is entered in favor of James Cross, Jr., respondent.

                                     JUSTINE FLANAGAN,
                                     ACTING CLERK OF COURT

                                BY:  s/*Caitlin Fischer*
                                           Deputy Clerk

**DATED:** March 5, 2015

Digitally signed by David R. Herndon
Date: 2015.03.05 11:20:46 -06'00'

**APPROVED:**
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT